**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Isaac Norel STURDIVANT, Defendant–Appellant.**

No. 16-6629

United States Court of Appeals, Fourth Circuit.

Submitted: August 18, 2016

Decided: August 23, 2016

Isaac Norel Sturdivant, Appellant Pro Se. Michael A. DeFranco, Sandra Jane Hairston, Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, Paul Alexander Weinman, OFFICE OF THE UNITED STATES ATTORNEY, Winston–Salem, North Carolina, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Norel Sturdivant appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 of the U.S. Sentencing Guidelines Manual.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Sturdivant, No. 1:10–cr–00123–WO–1 (M.D.N.C. Apr. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

Latwon James appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion seeking a sentence reduction under Amendment 782. After reviewing the record, we conclude that the court did not abuse its discretion in denying the motion. See United States v. Mann, 709 F.3d 301, 304–05 (4th Cir. 2013) (reviewing disposition of § 3582(c)(2) motion for abuse of discretion). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* The district court granted Sturdivant's § 3582(c)(2) motion, but did not reduce his sentence to the full extent he requested.